IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| SELENA KIMBERLY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:20-CV-26-FL |
| | ) | |
| MARY ANN LEON and SHEETZ CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

- - - -

| | | |
|---|---|---|
| SELENA KIMBERLY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:20-CV-27-FL |
| | ) | |
| MARY ANN LEON and SHEETZ CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

These two matters are before the court on plaintiff's motion for leave to proceed in forma pauperis (DE 1, Case No. 4:20-CV-26-FL) and amended motion for leave to proceed in forma pauperis (DE 6, Case No. 4:20-CV-27-FL). United States Magistrate Judge Robert T. Numbers, II, entered memoranda and recommendations ("M&Rs"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), recommending that the motions be denied and that plaintiff be required to pay the requisite court costs, including the filing fees, in both actions. No objections to the M&Rs were filed.

Upon careful review of the M&Rs and the records generally, the court ADOPTS the M&Rs, DENIES plaintiff's motion for leave to proceed in forma pauperis (DE 1, Case No. 4:20-CV-26-FL) and plaintiff's amended motion for leave to proceed in forma pauperis (DE 6, Case No. 4:20-CV-27-FL), and DIRECTS plaintiff to pay the requisite court costs, including the filing fees, in both actions on or before **May 1, 2020.** See Local Civil Rule 3.2. If plaintiff fails to pay the filing fees by that date, the clerk is DIRECTED to re-designate these actions as miscellaneous cases and close the matters without further order from the court.

SO ORDERED, this the 1st day of April, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge