RECEIVED
FEB 14 2020 REC'D JMA
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

\_\_\_\_\_Pitt\_\_\_ DIVISION

Selena Kimberly Smith
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Mary Ann Leon
Sheetz Coporation
_____)
_____)
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 4:20-CV-26-FL
(To be assigned
by the Clerk of
District Court)

**COMPLAINT**

Plaintiff resides at: 104 Apt. H Eastbrook Drive Greenville, NC 27858

Defendant(s) name(s) and address(es), if known: Mary Ann Leon 704 Cromwell Dr. Suite E

1

Greenville, NC 27858,
Sheetz Corporate office
5700 6th Ave., Altoona, PA
16602

Jurisdiction in this court is based on:

The acts complainted of in this suit concern: Legal malpratice, and fraud because Mary Ann Leon and Jerry Walters (sheetz attorney) was in the same committee so she was never suppose to had took my case because it was a conflict of interest, and I feel that she was not working for me but against me to sign the settlement agreement, and now she said she can not represent me in no legal matters.
- fraudulent misrepresentation
- conflict of interest
- legal malpratice
- negligence

2

Case 4:20-cv-00026-FL    Document 16    Filed 05/08/20    Page 2 of 4

I would like to also do a rescission on the settlement agreement because it was made through misrepresentation.

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:

I seek the money I suppose to had got if my case would of went to court @50,000 because she did not take my case serious because they (Mary Ann Leon, and Jerry Walters) have been friends since or before 2016 and she took my case in 2017 knowing it been of conflict of interest, and that she was not trying or taking my case serious.

3

Case 4:20-cv-00026-FL   Document 16   Filed 05/08/20   Page 3 of 4

2/14/2020
Date

Selena Kinzley Smith
Signature of Plaintiff
104 H Eastbrook Drive
Greenville, NC 27858

Address and Telephone Number of Plaintiff

4