Selena Kimberly Smith

**Plaintiff**

     V.

Sheetz Corporation            Civil Action Number: 4:20-CV-26-FL

**Defendant**

## MOTION FOR DEFAULT JUDGEMENT

    Plaintiffs move this court for a judgment by default in this action and show that the complaint in the above case was filed in this court on the 8th day of May 2020. The summons and complaint was duly served on the Defendant, on the 5th day of June 2020; no answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of this clerk on the 17th of July 2020, no proceedings have been taken by the Defendant since the default was entered; Defendant was not in military service, and is not an infant or incompetent as appears in the declaration of Selena Kimberly Smith submitted herewith.

    Wherefore, plaintiff moves that this court make and enter a judgment against the defendant for the amount exceeding 75,000 plus interest and what the court deems reasonable for;

1. Compensatory Damages
2. Punitive Damages
3. A rescission on the settlement agreement

8/29/2020

*Selena Kimberly Smith* (signature)

Selena Kimberly Smith
104 H Eastbrook Drive
Greenville, NC 27858