UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| SELENE KIMBERLY SMITH  )  |   |   |
|       Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| ) | No. 4:20-CV-26-FL | |
| MARY ANN LEON and SHEETZ ) | | |
| CORPORATION ) | | |
|       Defendants. ) | | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant Leon's motions to dismiss and plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 15, 2020, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED and plaintiff's claims against defendant Leon are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiff's motion for default judgment is DENIED. Plaintiff's claims against defendant Sheetz are DISMISSED WITHOUT PREJUDICE for failure to serve, pursuant to Rule 4(m).

**This Judgment Filed and Entered on September 15, 2020, and Copies To:**
Selena Kimberly Smith (via US mail) 104 H Eastbrook Drive, Greenville, NC 27858
Kaitlin C. Dewberry / Susanna K. Gibbons (via CM/ECF Notice of Electronic Filing)

September 15, 2020        PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk